JUDGE MARRERO

08 CV 3802

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
BUDISUKMA PERMAI SDN BHD
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BUDISUKMA PERMAI SDN BHD,           :
                                    :
                    Plaintiff,      :
                                    :   08 Civ.      (   )
        - against -                 :
                                    :   **FRCP 7.1**
NMK PRODUCTS AND AGENCIES LANKA     :
(PVT) LTD.,                         :
                                    :
                    Defendant.      :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the parent of

Budisukma Permai SDN BHD is Global Carriers Berhad.

Dated: New York, New York
       April 22, 2008

                              NOURSE & BOWLES, LLP
                              Attorneys for Plaintiff
                              BUDISUKMA PERMAI SDN BHD

                              By:_____
                                 Armand M. Paré, Jr. (AP-8575)
                                 One Exchange Plaza
                                 At 55 Broadway
                                 New York, New York 10006
                                 (212) 952-6200