UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BUDISUKMA PERMAI SDN BHD,

                Plaintiff,

                - against -

NMK PRODUCTS AND AGENCIES LANKA
(PVT) LTD.,

                Defendant.
------------------------------------------------------------X

08 Civ. 3802

**EX PARTE ORDER
FOR PROCESS OF
<u>MARITIME ATTACHMENT</u>**

WHEREAS, on April 22, 2008 Plaintiff, Budisukma Permai SDN BHD, filed a Verified Complaint herein for damages amounting to $1,103,414.04 inclusive of interest, costs and reasonable attorney's fees, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

WHEREAS, the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the Defendant's property within the District of the Court; and

against all tangible or intangible property belonging to, claimed by or being held for the

Defendant by any garnishees within this District, pursuant to Rule B of the Supplemental

Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil

Procedure; and it is further

ORDERED that any person claiming any interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

ORDERED that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

ORDERED that following initial service by the United States Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this order, may be made by way of e-mail or facsimile transmission to any garnishee that advises plaintiff that it consents to such service and to deem such facsimile or email service as being accomplished within the district if it is transmitted from within the district; and it is further

2

garnishee may consent, in writing, to accept service by any other means; and it is further

ORDERED that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.


Dated: New York, New York
       April 22, 2008

                                                  _____
                                                  Victor Marrero
                                                       U.S.D.J.


> This Order of Maritime Attachment shall remain in effect for 90 days from the date of this order, after which plaintiff may apply for renewal for an additional 90 days in the event the matter has not been resolved. Plaintiff is directed to provide the Court with a status report on this matter within 60 days of this Order.
>
> SO ORDERED:
> 4-22-08
> DATE        VICTOR MARRERO, U.S.D.J.

3