# NOURSE & BOWLES, LLP

One Exchange Plaza
at 55 Broadway
New York, NY 10006-3030
Telephone: (212) 952-6200

Facsimile: (212) 952-0345
E-Mail: reception@nb-ny.com
Web site: www.nb-ny.com

Nourse & Bowles, LLP
115 Mason Street
Greenwich, CT 06830-6630
Telephone: (203) 869-7887
Facsimile: (203) 869-4535

Nourse & Bowles
75 Main Street, Suite 205
Millburn, NJ 07041-1322
Telephone: (973) 258-9811

**MEMO ENDORSED**

June 19, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-08

**BY FACSIMILE (212) 805-6382 – 2 pages**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007-1312

Re:  Budisukma Permai SDN BHD
     v. NMK Products and Agencies Lanka (PVT) Ltd.
     Docket No. 08-cv-3802(VM)

Dear Judge Marrero:

We represent plaintiff, Budisukma Permai, in the above matter.

We refer to the Ex Parte Order for Process of Maritime Attachment of April 22, 2008 in which your Honor ordered that we provide the Court with a status report in this matter and seek renewal of the Order of Attachment.

This action was commenced under Supplemental Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for purposes of obtaining security in aid of arbitration in London where an interim award has been rendered respecting liability in plaintiff's favor. Presently, garnishee banks are served on a daily basis in an attempt to attach defendant's assets within the district. We have not formally served the Summons and Complaint upon the defendant. Under Rule B, a plaintiff is not required to give advance notice of such a proceeding and, indeed, giving notice would impair the ability to obtain an attachment. Instead, notice is given at the time that funds are attached. To date, no funds have been attached. In the

circumstances, we respectfully request that the Process of Maritime Attachment and Garnishment be renewed upon its expiration on July 21, 2008 for an additional 90 days. No prior application for this relief has been made.

Very truly yours,

NOURSE & BOWLES, LLP

By: Armand M. Paré, Jr.

AMP:kj

> Request GRANTED. The Writ of Attachment herein is extended for an additional 90 days to 10-21-08. A conference is scheduled for 10-17-08 at 9:30 a.m. to review the status and consider any cause why the writ should not be allowed to expire.
>
> SO ORDERED:
> 6-20-08
> DATE    VICTOR MARRERO, U.S.D.J.